JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 8:22-cv-01646-CJC (KESx) | Date: November 8, 2022 |

Title: GERARD C. TCHEUMANI JR. V. EXPERIAN ET AL.

---

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

None Present                        None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING CASE WITHOUT PREJUDICE**

On September 6, 2022, Plaintiff Gerard Tcheumani filed a complaint against Defendants Experian, Brian Cassin, and Lloyd Pitchford.  (Dkt. 1.)  Plaintiff also filed an application to proceed *in forma pauperis* ("IFP").  (Dkt. 2.)  On September 21, 2022, the Court issued an order on Plaintiff's IFP application requesting more information and stating that if Plaintiff did not comply within 30 days of the order, the case would be dismissed without prejudice.  (Dkt. 6.)  Plaintiff has not complied with the Court's order.  Accordingly, the case is **DISMISSED WITHOUT PREJUDICE**.

qr

MINUTES FORM 11
CIV-GEN                                                          Initials of Deputy Clerk RRP